S. AMANDA MARSHALL, OSB #953473
United States Attorney
District of Oregon
**JANICE E. HEBERT**
janice.hebert@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:     (503) 727-1011
Facsimile:      (503) 727-1117
        Attorneys for Defendant.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| BRIAN MATTHEW BURLINGAME, TRAVIS GRAY, ROGER MONHEAD, GREGORY WHITTEN, and ARVID H. KOVACIC, SR., on behalf of themselves and all others similarly situated; and JOIN, a non-profit organization,<br>        Plaintiffs,<br><br>v.<br><br>CAROLYN COLVIN, Commissioner, Social Security Administration,<br>        Defendant. | Case No. 3:14-CV-00473-HZ<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO EAJA |

Based upon the Stipulations of the parties, it is hereby ORDERED that attorney's fees in the amount of $42,000.00 are hereby awarded to Plaintiffs, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be made payable to Disability Rights Oregon and sent to::

Page 1          ORDER of Attorney's Fees
                Burlingame et al., v. Colvin, 3:14-CV-00743-HZ

Kathleen L. Wilde, OSB #971053
kwilde@droregon.org
DISABILITY RIGHTS OREGON
610 SW Broadway, Suite 200
Portland OR 97205

    The award is subject to the Treasury Department's Offset Program and appropriate reduction will be made for non-exempt debts owed by the Plaintiffs to the Government, pursuant to 31 U.S.C. § 3716 and *Astrue v. Ratliff,* 560 U.S. 586, 130 S.Ct. 2521 (U.S., 2010). There are no outstanding litigation costs or expenses to be paid.

July 17, 2014

    Dated: July 22, 2014

                                            */s/ Marco Hernández*
                                            HONORABLE MARCO A. HERNÁNDEZ
                                            United States District Judge

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon

*/s/ Janice E. Hébert*
JANICE E. HÉBERT
Assistant United States Attorney
Attorneys for Defendant

and

DISABIILTY RIGHTS OREGON

*/s/ Kathleen L. Wilde*
KATHLEEN L. WILDE
kwilde@droregon.org
Phone: (503) 243-2081
Fax: (503) 243-1738
Of Attorneys for Plaintiffs

Page 2    ORDER of Attorney's Fees
            Burlingame et al., v. Colvin, 3:14-CV-00743-HZ